James E. Butler, Jr., P. C.*  *admitted in GA & AL
Ramsey B. Prather
Michael F. Williford
Daniel E. Philyaw
Caroline E. Walker

**B | P  Butler Prather** LLP

July 10, 2023

Patricia S. Connor
Clerk of Court
U.S. Court of Appeals for the Fourth Circuit
1100 East Main Street, Suite 501
Richmond, Virginia 23219

      Re:    Winston Tyler Hencely v. Fluor Corporation, Fluor Enterprises, et al., No. 21-1994 (4th Cir.)

Dear Ms. Connor:

    Plaintiff-Appellant Hencely submits this letter under Federal Rule of Appellate Procedure 28(j). In his opening brief, Mr. Hencely cited as persuasive authority the United States Court of Appeals for the Second Circuit's opinion in *Badilla v. Midwest Air Traffic Control Serv., Inc.*, 8 F.4th 105, 129 (2d Cir. 2021) (Plaintiff-Appellant Br. 39). When this case was argued, Midwest Air Traffic Control ("Midwest") had filed a petition for certiorari to the United States Supreme Court on whether the Second Circuit erred when it held that negligence claims against Midwest arising out of its work as a military contractor were not preempted by federal interests. During argument, this Court asked whether it should wait until the Supreme Court ruled on the *Badilla* petition before issuing an opinion in this case.

    Mr. Hencely writes to inform the Court that on May 22, 2023, the Supreme Court denied Midwest's petition for certiorari. *Badilla*, 8 F.4th, *cert. denied* --- S.Ct. ----, 2023 WL 3571629. That case is being remanded for trial.

    Midwest asserted in its petition that the circuit courts had inconsistently applied the holding of *Boyle v. United Technologies Corp.*, 487 U.S. 500 (1988), which established that

Columbus Office:
P. O. Box 2766 • Columbus, GA 31902
105 13th Street • Columbus, GA 31901
706.322.1990 • 1.800.242.2962
FAX 706.323.2962

Atlanta Office:
12 Lenox Pointe • Atlanta, GA 30324
404.321.1700 • 1.800.242.2962
FAX 404.321.1713

Savannah Office:
7 East Congress Street, Suite 400
Savannah, GA 31401
706.322.1990 • 1.800.242.2962
FAX 706.323.2962

www.butlerprather.com

federal interests can preempt design defect claims against military contractors, and asked the Supreme Court to resolve those alleged conflicts. On May 2, 2022, the Supreme Court invited the Solicitor General to file an Amicus brief, which she did on April 17, 2023. The Solicitor General disagreed that there were significant conflicts between the circuits and opined that "the extent to which there is any conflict among the circuits on the question presented is uncertain." Solicitor General Amicus Br. 16. The Supreme Court agreed with the Solicitor General's recommendation to deny the certiorari petition and did so weeks after her brief was filed.

Respectfully submitted,

/s/ James E. Butler, Jr.
James E. Butler, Jr.
Counsel for Plaintiff-Appellant Winston Hencely
(706) 322-1990

cc: All counsel of record

## CERTIFICATE OF SERVICE

I, James E. Butler, Jr., hereby certify that on July 10, 2023, I electronically filed the foregoing 28(j) letter with the Clerk of the Court of the United States Court of Appeals for the Fourth Circuit by using the CM/ECF System. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

July 10, 2023 /s/ James E. Butler, Jr.
James E. Butler, Jr.