UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-1994
(6:19-cv-00489-BHH)
_____

WINSTON TYLER HENCELY

    Plaintiff - Appellant

v.

FLUOR CORPORATION; FLUOR ENTERPRISES, INC.; FLUOR INTERCONTINENTAL, INC.; FLUOR GOVERNMENT GROUP INTERNATIONAL, INC.

    Defendants - Appellees

_____

O R D E R
_____

Upon consideration of appellant's motion to stay the mandate pending the filing of a petition for writ of certiorari, the court denies the motion.

Entered at the direction of Judge Rushing with the concurrence of Judge Agee and Judge Heytens.

                                  For the Court

                                  /s/ Nwamaka Anowi, Clerk