FILED: June 30, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 21-1994
(6:19-cv-00489-BHH)

---

WINSTON TYLER HENCELY

Plaintiff - Appellant

v.

FLUOR CORPORATION; FLUOR ENTERPRISES, INC.; FLUOR INTERCONTINENTAL, INC.; FLUOR GOVERNMENT GROUP INTERNATIONAL, INC.

Defendants - Appellees

---

M A N D A T E

---

The judgment of this court, entered June 8, 2026, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*